People ex rel. Lazzaro v Molina (2024 NY Slip Op 01193)

People ex rel. Lazzaro v Molina

2024 NY Slip Op 01193

Decided on March 6, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 6, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
PAUL WOOTEN
LARA J. GENOVESI
DEBORAH A. DOWLING, JJ.

2024-01667

[*1]The People of the State of New York, ex rel. Lance Lazzaro, on behalf of Sam Kravchenko, petitioner,
v
Louis A. Molina, etc., respondent.

Lazzaro Law Firm, P.C., Brooklyn, NY (Lance Lazzaro pro se of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Joseph Duarte of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Sam Kravchenko upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 76997/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner has not established entitlement to the relief sought.
IANNACCI, J.P., WOOTEN, GENOVESI and DOWLING, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court